# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA88 | 9264780 | Celayeta | 967 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 7:06 pm 08/27/2022
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — T36 CFR 327.7c
**Place of Offense:** New Hogan Lake - Acorn Campground #8c
**Offense Description:** Occupying or placing equipment at reserved campsite without reservation.
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Smith
**First Name:** Michelle
**M.I.:** D

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount
+ $30 Processing Fee
$ 105 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** U.S. Magistrate Federal Building, 2500 Tulare Street, Room 15A, Fresno, CA 93721
**Date:** TBD
**Time:** TBD

X Defendant Signature [signed]
Original - CVB Copy

*9264780*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 AUG, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California

Please see attached probable cause statement

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 27 AUG 2022  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident