UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CA88 9264780

| UNITED STATES OF AMERICA, | **Violation Notice/Case Number:** 1:22-PO-00239-SAB |
|---|---|
| Plaintiff, | **ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE** (**Violation Notice**) |
| MICHELLE D SMITH | |
| Defendant. | |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed-sum on the payment schedule ordered below:

Charge(s):                                    Nature of Charge(s)

**36 CFR 327.7(e)**                      **Occupying Reserved Campsite without Reservation**

**ACCORDINGLY, YOU ARE HEREBY TO ORDERED TO PAY THE FOLLOWING:**

☑ **PAY** a fine in the amount of $ 75.00, a special assessment of $ 0.00 nd a $ 30.00 processing fee for a total financial obligation of $ 105.00, due immediately or in monthly payments of $ 21.00 per month commencing on December 15, 2022, and payable each month thereafter by the 15th of the month until paid in full. The entire financial obligation must be paid in full by April 15, 2023.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely (this includes any late monthly payments). If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

☑ CENTRAL VIOLATIONS
BUREAU P.O. Box 780549
San Antonio, TX 78278-0549

1-800-827-2982
-or-
Pay on-line at www.cvb.uscourts.gov and
Click on "Pay On-Line"

☐ CLERK, United States District Court
Eastern District of California- Fresno Division
2500 Tulare Street, Suite 1501
Fresno, CA  93721

☐ CLERK, United States District Court
Eastern District of California-Sacramento Division
501 I Street, #4-200
Sacramento, CA  95814

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

**IT IS FURTHER ORDERED** that if defendant fails to timely pay any part of this order, then the Court will assess late fees and order the defendant to appear in Court at a future date to address defendant's failure to appear failure to pay consistent with this order. Any failure to appear for that hearing will result in a warrant of arrest and/or abstract of driving privileges.

D A T E D : 11/14/2022

cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  PA

*CAED (Fresno)- Misd. 3A (Rev. 3/2021)*

/s/ *Stanley A. Boone*

Stanley A. Boone
United States Magistrate Judge